__*MAGISTRATE CASE NUMBER*

*OR*

<u>*X*</u> *NO MAGISTRATE PAPERS WERE FOUND*

*FOR*

**NAME: <u>MARTHA BUEZO MARTINEZ</u>**

**Initials: <u>PLH</u>**