PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☑ INFORMATION ☐ INDICTMENT | CASE NO. 19-113 SECT. E MAG. 5 |
| Matter Sealed: ☐ Juvenile ☐ Other than Juvenile<br>☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added<br>☐ Indictment ☐ Charges/Counts Added<br>☐ Information | USA vs.<br>Defendant: Martha Buezo Martinez |
| Name of District Court, and/or Judge/Magistrate Location (City)<br>UNITED STATES DISTRICT COURT  EASTERN<br>DISTRICT OF LOUISIANA  Divisional Office | Address: Kenner, LA |
| Name and Office of Person Furnishing Information on THIS FORM: Courtney Grubbs<br>☒ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (504) 680-3000 | ☐ Interpreter Required  Dialect: _____ |
| Name of Asst. U.S. Attorney (if assigned): Duane A. Evans | Birth Date 1970  ☐ Male  ☐ Alien (if applicable)<br>☑ Female |
| **PROCEEDING** | |
| Name of Complainant Agency, or Person (& Title, if any)<br>IRS-CI, Special Agent John Parrozzo | Social Security Number xxx-xx-0903 |
| ☐ person is awaiting trial in another Federal or State Court (give name of court) | **DEFENDANT** |
| ☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District | Issue: ☐ Warrant  ☑ Summons<br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☐ Currently in Federal Custody<br>☐ Currently in State Custody<br>  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive |
| ☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:<br>☐ U.S. Atty ☐ Defense<br>☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br>SHOW DOCKET NO.<br>MAG. JUDGE CASE NO. | Defense Counsel (if any): Samuel Scillitani<br>☑ FPD  ☐ CJA  ☑ RET'D<br>☐ Appointed on Target Letter |
| Place of offense: Jefferson Parish  County | ☐ This report amends AO 257 previously submitted |

| OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS | | | |
|---|---|---|---|
| Total # of Counts 2 (for this defendant only) | | | |
| Offense Level (1, 3, 4) | Title & Section/ (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
| 4 | 26 U.S.C. § 7202 | Failure to account for and pay over employment taxes to the IRS | 1 - 2 |