UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-113 |
| v. | * | SECTION: MAG. 5 |
| MARTHA BUEZO MARTINEZ | * | VIOLATION: 26 U.S.C. § 7202 |
| | * | |

\* \* \*

## MOTION FOR ISSUANCE OF A SUMMONS

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully submits:

The defendant has been charged with violating Title 26, United States Code, Section 7202, by a Bill of Information for Failure to Account for and Pay over Employment Taxes to the Internal Revenue Service.

**WHEREFORE**, the United States of America prays that a summons be issued to defendant requiring that defendant appear for initial appearance and arraignment.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

_____
DUANE A. EVANS
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3069