UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-113 |
| v. | * | SECTION: SECT. E MAG. 5 |
| MARTHA BUEZO MARTINEZ | * | VIOLATION: 26 U.S.C. § 7202 |
| | * | |

\* \* \*

ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that a summons be issued directing that defendant appear on the 18th day of June, 2019, at 2:00 pm, before the Honorable Karen Wells Roby in the Eastern District of Louisiana, at 500 Poydras Street, Hale Boggs Federal Building, Room B-431, New Orleans, Louisiana, for initial appearance and arraignment.

New Orleans, Louisiana, this 5 day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee _____
___ Process _____
_X_ Dkd _____
___ CtRmDep _____
___ Doc. No. _____