UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-113 |
| MARTHA MARTINEZ | * | SECTION: "E" |

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM
## TO CONTINUE ARRAIGNMENT HEARING

**NOW COMES** the defendant Martha Martinez, who through undersigned counsel, respectfully requests that this Honorable Court grant a motion to continue the arraignment hearing presently set for June 18, 2019.  The reasons for this motion are set forth below:

1.

Undersigned counsel submits that additional time is necessary to prepare for the arraignment hearing in this matter. Defendant respectfully requests that his arraignment hearing be continued until after July 1, 2019.

2.

Assistant United States Attorney Duane Evans, has indicated that he does not object to a continuance of the arraignment hearing.

WHEREFORE, defendant Martha Martinez respectfully requests that this Honorable Court grant a motion to continue the arraignment hearing until after July 1, 2019.

Respectfully submitted this 14th day of June, 2019.

CLAUDE J. KELLY
Federal Public Defender


/s/Samuel J. Scillitani
SAMUEL J. SCILLITANI
Assistant Federal Public Defender
500 Poydras Street, Suite 318
Hale Boggs Federal Building
New Orleans, Louisiana 70130
(504) 589-7930
E-mail: samuel_j_scillitani@fd.org
Bar Roll No. 21371

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Duane Evans, Assistant United States Attorney, 650 Poydras Street, 16th Floor, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Samuel J. Scillitani
SAMUEL J. SCILLITANI
Assistant Federal Public Defender