UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-113 |
| MARTHA MARTINEZ | * | SECTION: "E" |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that defendant Martha Martinez's arraignment hearing is continued to the _____ day of _____, 2019, at ____ o'clock ____ m.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE