UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-113 |
| MARTHA MARTINEZ | * | SECTION: "E" |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that defendant Martha Martinez's ~~arraignment hearing is~~ initial appearance and arraignment are continued to the \_\_2nd\_\_ day of \_\_\_\_July\_\_\_\_, 2019, at \_2:00\_ o'clock \_P\_ m.

New Orleans, Louisiana, this \_17th\_ day of \_June\_, 2019.

_____
UNITED STATES MAGISTRATE JUDGE