UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION: "E" |

NOTICE OF <u>INITIAL APPEARANCE AND ARRAIGNMENT</u>

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for Initial Appearance and Arraignment on July 2, 2019 at 2:00 p.m., before the Duty Magistrate Judge, 500 Poydras St., New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  June 18, 2019                         WILLIAM W. BLEVINS, CLERK

                                             by:  Brad Newell, Deputy Clerk

TO:

Martha Buezo Martinez (**NOT IN CUSTODY**)                AUSA: Duane A. Evans, T.A.

**<u>COUNSEL FOR MARTHA BUEZO MARTINEZ:</u>**
Samuel Scillitani, FPD

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

IRS - Criminal Investigation: John.Parrozzo, SA
John.Parrozzo@ci.irs.gov

Interpreter: **NONE**

**If you change address,
notify clerk of court
by phone, 504-589-7714**