MINUTE ENTRY
JULY 2, 2019
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION: E |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/(WITHOUT COUNSEL) _____

_____

               X  ASSISTANT U.S. ATTORNEY    DUANE A. EVANS _____
               ___INTERPRETER _____

Designated by Court and sworn.    Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HER RIGHTS

X / READING OF THE BILL OF INFORMATION WAS:
    READ   WAIVED  (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 13

_/ BAIL SET AT _____

_____

_____

_____

_____

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR  July 12, 2019 at 10:00 am.

X/ HEARING TO DETERMINE COUNSEL IS SET FOR  July 12, 2019 at 10:00 a.m.

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/(ARRAIGNMENT)/DETENTION HEARING/(HEARING TO DETERMINE COUNSEL) WITH COUNSEL _____

X/ Upon agreement of counsel, IT IS ORDERED that the setting of bond is deferred until defendant return with counsel