UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SEC. MAGISTRATE "E5" |

MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, comes Brian J. Capitelli, Attorney at Law, and Justine G. Daniel, Attorney at Law and on suggesting to this Honorable Court that they represent defendant, Martha Buezo Martinez, and that they desire to have their names placed on the record of this case as counsel for defendant in the above entitled and numbered matter.

WHEREFORE, it is respectfully requested that Brian J. Capitelli and Justine G. Daniel be entered on the record of the Court as counsel of record for Martha Buezo Martinez.

Respectfully submitted,

 **/s/ BRIAN J. CAPITELLI**
BRIAN J. CAPITELLI  BR# 27398
**/s/ JUSTINE G. DANIEL**
JUSTINE G. DANIEL BR# 36856
CAPITELLI & WICKER
1100 Poydras Street
2950 Energy Centre
New Orleans, LA  70163
(504) 582-2425
brian@capitelliandwicker.com
jsg@capitelliandwicker.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the Assistant United States Attorney handling this matter, this 10th   day of  July, 2019 via ECF.

/S/BRIAN J. CAPITELLI
BRIAN J. CAPITELLI