UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   19-113 |
| MARTHA BUEZO MARTINEZ | SEC.  MAGISTRATE "E" |

## ORDER

IT IS HEREBY ORDERED, that the name of Brian J. Capitelli and Justine G. Daniel be entered on the record of the Court as counsel of record for defendant, Martha Buezo Martinez, in the above entitled and numbered matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2019.

_____
UNITED STATES MAGISTRATE JUDGE