UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION: E |

**ORDER**

Pursuant to FRCrP Rule 36;

**IT IS ORDERED** that an amended Minute Entry be filed to reflect corrections to the Initial Appearance Minute Entry filed on July 2, 2019 (Record Doc. No. 11).

New Orleans, Louisiana, this 11th day of July, 2019.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE