*AMENDED*
MINUTE ENTRY

JULY 2, 2019
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION: E |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/~~WITHOUT COUNSEL~~ _____

               X  ASSISTANT U.S. ATTORNEY   DANE A. EVANS
               ___ INTERPRETER _____
       Designated by Court and sworn.    Time: _____ .M to _____ M.

X/ DEFENDANT WAS ADVISED OF HER RIGHTS

X/ READING OF THE BILL OF INFORMATION WAS:
     READ   WAIVED  (SUMMARIZED)

    DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

X/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 13

*[signature: Janis v. Meerveld]*

_/ BAIL SET AT _____

_____

_____

_____

_____

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X/ DEFENDANT RELEASED; ~~ON BOND~~ setting of bond deferred

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ ARRAIGNMENT IS SET FOR _July 12, 2019 at 10:00 am._

X/ HEARING TO DETERMINE COUNSEL IS SET FOR _July 12, 2019 at 10:00 a.m._

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _____

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

X/ Upon agreement of counsel, It IS ORDERED that the setting of bond is deferred until defendant returns with counsel.

_[signature]_