UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NUMBER: 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION E |

ORDER

Due to the inclement weather,

**IT IS ORDERED** that the arraignment and bond hearing presently scheduled for July 12, 2019 at 10:00 a.m., is hereby CONTINUED to July 18, 2019 at 2:00 p.m.

New Orleans, Louisiana this 11th day of July 2019.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE