MINUTE ENTRY
DOUGLAS, M.J.
JULY 18, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL

VERSUS                                             NO. 19-113

MARTHA BUEZO MARTINEZ                              SECTION E

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT   BRIAN J. CAPITELLI
             X  ASSISTANT U.S. ATTORNEY DUANE A. EVANS
             __ INTERPRETER _____ SWORN
                (TIME: ___.M to ___.M)

X / READING OF THE BILL OF INFORMATION: READ  WAIVED  (SUMMARIZED)
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__ DEFENDANT RELEASED ON ORIGINAL BOND

X / BAIL SET AT $25,000.00 unsecured appearance bond. See attached for additional conditions of release
X / DEFENDANT RELEASED ON NEW BOND
X / OTHER: Waiver of indictment executed.

**NOTICE:** X / PRE-TRIAL CONFERENCE: **AUGUST 6, 2019 AT 1:00 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

X / TRIAL: **AUGUST 26, 2019 AT 9:00 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

MJSTAR: 00: 14



DEFENDANT'S NAME: <u>MARTHA BUEZO MARTINEZ</u>       CASE NO. <u>19-113  E</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

<u>X</u> a) submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

____ b) continue to actively seeking employment

<u>X</u> d) surrender any passport to <u>USPO</u>

<u>X</u> e) not obtain a passport or other international travel document

<u>X</u> f) abide by the following restrictions: Continental U.S. <u>X</u>   EDLA ____   LA ____
Other _____

____ g) avoid all contact with victim/witness ____ co–defendants ____
Other _____

____ h) medical or psychiatric treatment if directed by Pretrial Services

____ k) not possess firearm, destructive device or other weapon

____ l) not use alcohol: at all ____ excessively ____

____ m) not use or unlawfully possess narcotic drug/controlled substances

____ n) submit to testing for a prohibited substance if required by Pretrial Services

____ o) participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

____ p) participate in location restriction program: ____ (i) Curfew
            ____ (ii) Home Detention
            ____ (iii) Home Incarceration

____ q) submit to location monitoring as directed by Pretrial Services

<u>X</u> r) report every contact with law enforcement personnel to Pretrial Services

____ s) Other(s): _____