UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 19-113 |
| | * | |
| VERSUS | * | Section: "E" |
| | * | |
| MARTHA BUENO MARTINEZ | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### UNOPPOSED MOTION FOR CONTINUANCE

**NOW INTO COURT**, through undersigned counsel, comes defendant Martha Martinez, who respectfully moves this Honorable Court for a continuance of the pretrial conference currently scheduled for August 6, 2019 at 1:00 p.m and the jury trial scheduled for August 26, 2019 at 9:00 a.m. This request is made on the basis of the following:

1.

Title 18 of the United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of the Court's findings that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2.

The factors that the judge shall consider when determining whether to grant a continuance include "whether the failure to grant such a continuance … would deny counsel for the defendant … the reasonable time necessary for effective preparation, taking into account the exercise of due

diligence." 18 U.S.C. § 3161(h)(7)(B)(iv). Defendant recognizes that she has a right to speedy trial within specified delays. However, as discussed below, Defendant requires additional time to prepare for trial and/or engage in meaningful discussions to resolve this matter in lieu of trial.

3.

The Bill of Information charging Defendant in the above-captioned matter was filed on June 4, 2019 (ECF No. 1). However, undersigned counsel was not retained and enrolled as Defendant's counsel of record until July 10, 2019 (ECF No. 12). Preparing a defense against the allegations against Defendant requires substantial investigation and may raise legal issues that need to be addressed in pretrial motions. Furthermore, additional time is necessary to allow counsel for the Defendant to receive and review discovery material, engage experts if necessary, engage in negotiations to determine if this matter can be resolved without the necessity of a trial, and investigate the facts to be prepared to try the case if necessary.

4.

In light of the foregoing, granting a continuance would be in the best interests of justice and would outweigh the interests of the public and the defendants in a speedy trial.

5.

The Government, through Assistant United States Attorney Duane Evans, has been contacted and has no objection to this motion.

**WHEREFORE**, for reasons set forth above, Defendant Martha Martinez respectfully requests that the pretrial conference, jury trial, and pretrial deadlines be continued in this matter.

Respectfully submitted,

/s/ Brian Capitelli
BRIAN CAPITELLI (La. #27398)
RALPH CAPITELLI (La. #3858)
JUSTINE GEIGER DANIEL (La. #36856)
**CAPITELLI & WICKER**
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
rc@capitelliandwicker.com
brian@capitelliandwicker.com
jsg@capitelliandwicker.com
*Counsel for Martha Martinez*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2019, I electronically filed the foregoing with the Clerk of Court, by using the CM/ECF system, which will send a notice of electronic filing to counsel for the Government.

/s/ BRIAN J. CAPITELLI
BRIAN J. CAPITELLI