UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Criminal No. 19-113 |
| | * | |
| VERSUS | * | Section: "E" |
| | * | |
| MARTHA BUENO MARTINEZ | * | |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court finds, pursuant to 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice are served by granting the continuance and outweigh the best interest of the public and the defendants in a speedy trial. Failure to grant the requested continuance in the proceeding would be likely to make a continuation of such proceeding impossible or result in the miscarriage of justice.

The Court specifically finds, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), that failure to grant such continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice will be served by allowing the Government and the Defendant additional time to review this matter in order to adequately prepare for trial or engage in meaningful plea discussions. The Court will therefore continue the trial and pre-trial conference as to the defendant. In light of the new pre-trial and trial date, this Court will issue a new scheduling order for pre-trial motions and disclosure deadlines. Accordingly,

**IT IS ORDERED** that the pretrial conference presently set for August 6, 2019, at 1:00 p.m. is hereby **CONTINUED** to **Thursday, November 7, 2019, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the jury trial presently scheduled for August 26, 2019, at 9:00 a.m. is hereby **CONTINUED** to **Monday, December 2, 2019, at 9:00 a.m.**

**New Orleans, Louisiana, this 2nd day of August, 2019.**

_____
**THE HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**