UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.  19-113 |
| MARTHA BUEZO MARTINEZ | SEC. "E" |

**UNOPPOSED MOTION FOR CONTINUANCE OF
PRE-TRIAL CONFERENCE AND TRIAL AND
PRE-TRIAL DEADLINES**

Now into Court, through undersigned counsel, comes defendant Martha Buezo Martinez, who respectfully moves this honorable Court for a continuance of the pre-trial conference currently scheduled for November 7, 2019 and the trial of this matter presently scheduled for December 2, 2019.  This request is made on the basis of the following:

I.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a Court's findings that the ends of justice service by the granting of a continuance outweigh the best interest of the public and the defendants in a speedy trial shall be excluded in computing the time within which the trial must commence.

1

II.

The factors which a judge shall consider in determining whether to grant a continuance are enumerated in 18 U.S.C. 3161 (h)(7)(B)(iv). One of these factors is whether denial of a continuance would deny counsel for the Defendants "the reasonable time necessary for effective preparation taking into account the exercise of due diligence." Martha Buezo Martinez recognizes that she has a right to speedy trial within specified delays. However, recent developments, as discussed below, require additional time to prepare for trial or engage in meaningful discussions to resolve this matter in lieu of trial.

III.

Defense counsel received voluminous discovery in this matter and has been in discussion with AUSA Maestri regarding a potential resolution.

IV.

Additional time is necessary to allow counsel for the Defendant to continue plea negotiations with the Government, engage experts if necessary, and investigate the facts to be prepared to try the case if necessary.

V.

In view of the above considerations, the granting of this motion would be in the best interests of justice and would outweigh the interests of the public and the defendants in a speedy trial.

VI.

The Government, through Assistant United States Attorney Duane Evans, has been contacted and has no objection to this motion.

WHEREFORE, for the reasons stated herein, defendant Martha Buezo Martinez, respectfully requests that the pre-trial conference, trial, and pre-trial deadlines be continued in this matter.

Respectfully submitted,

/s/ BRIAN J. CAPITELLI
BRIAN J. CAPITELLI, LA Bar # 27398
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for MARTHA B. MARTINEZ*

**CERTIFICATE OF SERVICE**

I hereby certify that on 1st day of November, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Duane Evans, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130.

/S/BRIAN J. CAPITELLI
BRIAN J. CAPITELLI