UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   19-113 |
| MARTHA BUEZO MARTINEZ | SEC.   "E" |

## ORDER

Considering the foregoing:

**THE COURT FINDS**, pursuant to 18 U.S.C. § 3161 (h)(7)(A), that the ends of justice are served by granting the continuance and outweigh the best interest of the public and the defendants in a speedy trial.  Failure to grant the requested continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

**THE COURT SPECIFICALLY FINDS**, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv), that failure to grant such continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Further, the ends of justice will be served by allowing the government and the defendant additional time to review this matter in order to adequately prepare for trial or engage in meaningful plea discussions.   The Court will therefore continue the trial and pretrial conference as to the defendant.

**IT IS ORDERED** that the pretrial conference presently scheduled for November 7, 2019 is hereby continued to **Tuesday, January 14, 2020, at 11:00 a.m.** and the trial presently scheduled for December 2, 2019 is hereby continued to **Monday, February 3, 2020, at 9:00 a.m.**

New Orleans, Louisiana, this 4th day of November, 2019.

_____
**HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**