UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION: "E" |

RE-NOTICE OF <u>PRETRIAL CONFERENCE AND JURY TRIAL</u>

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for jury trial on February 3, 2020 at 9:00 a.m. before Judge Susie Morgan, 500 Poydras St., New Orleans, LA.  A pre-trial conference will be held on January 14, 2020 at 11:00 a.m.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  November 5, 2019 | WILLIAM W. BLEVINS, CLERK |
| | by:  Brad Newell, Deputy Clerk |

TO:

| | |
|---|---|
| Martha Buezo Martinez (**BOND**) | AUSA: Duane A. Evans, T.A. |
| **<u>COUNSEL FOR MARTHA BUEZO MARTINEZ:</u>** | U.S. Marshal |
| Brian J. Capitelli and Justine G. Daniel, Retained | U.S. Probation & Pre-Trial Services Unit |
| | IRS - Criminal Investigation: John.Parrozzo, SA <br> John.Parrozzo@ci.irs.gov |
| | Interpreter: **NONE** |
| | **If you change address, notify clerk of court by phone, 504-589-7714** |