UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION: "E" |

NOTICE OF REARRAIGNMENT

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for rearraignment on January 29, 2020 at 10:00 a.m. before Judge Susie Morgan, 500 Poydras St., New Orleans, LA. The Pre-Trial Conference currently scheduled for January 14, 2019 at 11:00 a.m. is hereby **CANCELLED**.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: January 14, 2020 | WILLIAM W. BLEVINS, CLERK |
| | by: Brad Newell, Deputy Clerk |
| TO: | |
| Martha Buezo Martinez (**BOND**) | AUSA: Duane A. Evans, T.A. |
| **COUNSEL FOR MARTHA BUEZO MARTINEZ:** | U.S. Marshal |
| Brian J. Capitelli and Justine G. Daniel, Retained | U.S. Probation & Pre-Trial Services Unit |
| | IRS - Criminal Investigation: John.Parrozzo, SA |
| | John.Parrozzo@ci.irs.gov |
| | Interpreter: **NONE** |
| | **If you change address, notify clerk of court by phone, 504-589-7714** |