MINUTE ENTRY
MORGAN, J.
JANUARY 29, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION "E" |

JUDGE SUSIE MORGAN, PRESIDING

**WEDNESDAY, JANUARY 29, 2019 (10:33 a.m. – 10:54 a.m.)**

COURTROOM DEPUTY: Brad Newell
COURT REPORTER: Toni Tusa

APPEARANCES: Duane Evans for the Government
Brian J. Capitelli for the Defendant

**RE-ARRAIGNMENT**

The defendant was present with her counsel and placed under oath.

After questioning the defendant and her counsel, the Court found that the defendant is competent to enter into these proceedings.

The Court advised the defendant of his right to be charged by way of indictment. Waiver of indictment previously filed (R. Doc. 19).

The defendant withdrew her former plea of not guilty and pleaded guilty to count Two of the Bill of Information.

The Court advised the defendant of the elements of the charge to which she was pleading guilty, and of the maximum penalties.

The Court confirmed with the defendant that the sentencing guidelines applicable to her case were explained to her by her counsel, and that she understood they were advisory and not binding on the Court.

The Government submitted the written plea agreement and it was admitted into the record.

The factual basis detailing the evidence supporting the defendant's charges were submitted by the Government and admitted into the record.

The Court accepted the defendant's plea and adjudged her guilty on her plea of guilty. A pre-sentence report was ordered and the sentencing was set for **2:00 p.m.** on **April 28, 2020.**

The initial interview with the probation officer shall be conducted within two weeks of this proceeding.

The defendant was released under her present bond.

The trial in this matter is cancelled.

JS-10: 00:21