UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-113 |
| v. | * | SECTION: "E" (5) |
| MARTHA BUEZO MARTINEZ | * | VIOLATIONS: 26 U.S.C. § 7202 |

\* \* \*

## FACTUAL BASIS

Should this matter have proceeded to trial, the United States would have proven, through the introduction of competent testimony and admissible evidence, the following facts, beyond a reasonable doubt, to support the allegations in the Bill of Information.

At all times relevant to this case, **MARTHA BUEZO MARTINEZ** ("**MARTINEZ**") was the President, Director, and sole officer of Infinity Construction Resources, Inc. ("Infinity"). Infinity was a Louisiana corporation domiciled in Kenner, Louisiana and was a staffing agency whose employees worked as temporary laborers for local and out of state companies. **MARTINEZ** started the business with her brother in 2012 and acquired her brother's share of the business in 2014. In exchange for his share, **MARTINEZ** continued to pay her brother commissions for customers that he had originally brought to Infinity.

**MARTINEZ** was responsible for all of Infinity's office work including collecting, accounting for, and paying Infinity's payroll taxes. **MARTINEZ** exercised significant control over Infinity's financial affairs. **MARTINEZ** had and exercised the authority to sign checks on behalf of Infinity, to determine which creditors to pay, and when to pay them. **MARTINEZ** also entered into contracts on behalf of Infinity. She created invoices for clients and paid the bills out

1

AUSA
Defendant
Defense Counsel

of one business checking account at Gulf Coast Bank and Trust, Co., 3410 William Blvd, Kenner, LA 70065 (Account No. *****0481). **MARTINEZ** maintained QuickBooks files and prepared Infinity's weekly payroll checks.

Infinity was required to withhold Federal Insurance Contributions Act ("FICA") taxes, i.e. Social Security and Medicare taxes, and federal income taxes, collectively referred to as "trust fund or payroll taxes," from employees' paychecks and to pay over the withheld amounts to the United States. As a business, Infinity also was required to pay its own share of FICA tax responsibilities for each employee to the United States. Infinity was required to make deposits on the payroll taxes to the IRS on a periodic basis. Additionally, Infinity was required to file, following the end of each quarter, an Employer's Quarterly Federal Income Tax Return (Form 941), setting forth the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of Social Security and Medicare taxes due, and the total tax deposits. Each Form 941 was due to be filed at the end of the month following the end of each calendar quarter. For example, the Form 941 for the First quarter of 2013 was due on or before April 30, 2013, since the calendar quarter ended on March 31, 2013.

Throughout the calendar years of 2013 to 2017, Infinity withheld tax payments from its employees' paychecks. However, from on or about March 2013 (1st quarter of 2013) to December 2017 (4th quarter of 2017), Infinity made no payments to the IRS. During that time period, **MARTINEZ** withheld $169,096 in FICA taxes and willfully failed to pay over the withheld funds to the IRS. For example, **MARTINEZ** failed to pay payroll taxes in the amount of $18,660.55 for the 2nd quarter of 2015.

2

AUSA
Defendant
Defense Counsel

MARTINEZ also failed to pay over to the IRS approximately $103,000 of Infinity's share of FICA taxes during the same time period. MARTINEZ knew that the payroll taxes were due and owing but willfully chose not to pay over the withheld taxes. The total tax loss, including the portion of FICA taxes not paid by Infinity, is approximately $272,096.

**READ AND APPROVED:**

_____      1/29/2020
DUANE A. EVANS      Date
Assistant United States Attorney

_____      1/29/20
BRIAN J. CAPITELLI      Date
Counsel for Martha Buezo Martinez

_____      1/29/2020
MARTHA BUEZO MARTINEZ      Date
Defendant