UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-113** |
| v. | * | SECTION: "E" (5) |
| **MARTHA BUEZO MARTINEZ** | * | |

\* \* \*

### JOINT MOTION TO DEPOSIT RESTITUTION PAYMENTS MADE IN ADVANCE OF SENTENCING IN THE REGISTRY OF THE COURT

**NOW INTO COURT**, through the undersigned counsel, come the United States of America and defendant, Martha Buezo Martinez ("Martinez"), who hereby jointly move the Court for an order directing the Clerk of Court – Financial Unit to establish an account to receive and hold (in the registry of the Court) restitution payments made in advance of sentencing.

*Background*

On January 29, 2020, Martha Buezo Martinez ("Martinez") pleaded guilty to one count of Failure to Pay FICA taxes.  (Rec. Doc. No. 31).  As part of her plea agreement, Martinez agreed to pay $272,096 in restitution to the United States. *See* Rec. Doc. No. 32.

*Request*

In an effort to fulfill her obligations under the plea agreement, Martinez wishes to make restitution payments to the United States in advance of sentencing. Therefore, the parties jointly move the Court for an order to establish an account to hold Martinez's restitution payments made in advance of sentencing in the registry of the Court. The parties also request that, upon entry of the Judgment of Conviction, this Honorable Court order the funds deposited in advance of sentencing be released and applied towards the total restitution amount imposed in the case at sentencing.

**WHEREFORE**, the parties jointly and respectfully request the Court to grant the motion and direct the Clerk of Court to establish an account to hold restitution payments made in advance of sentencing in the registry of the Court, pending further orders of the Court.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY

*/s/ Duane A. Evans*
DUANE A. EVANS
Assistant United States Attorney
La. Bar Roll No. 24086
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Phone: (504) 680-3069
E-mail: duane.evans@usdoj.gov


*/s/ Brian J. Capitelli*
BRIAN J. CAPITELLI
La. Bar Roll No. 27398
JUSTINE GEIGER DANIEL
La. Bar Roll No. 36856
Counsel for Martha Buezo Martinez
1110 Poydras Street, Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
E-mail: brian@capitelliandwicker.com
jsg@capitelliandwicker.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*/s/ Duane A. Evans*
DUANE A. EVANS
Assistant United States Attorney