UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-113** |
| **v.** | * | **SECTION: "E" (5)** |
| **MARTHA BUEZO MARTINEZ** | * | |

\* \* \*

## CONSENT ORDER

Considering the joint motion of the United States of America and defendant, Martha Buezo Martinez, to deposit funds with the Court;

**IT IS ORDERED** that the parties' joint motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that any restitution payments made in advance of sentencing be sent to the Clerk of Court and be held until further order of the Court or after Martinez's sentencing.

Payment as ordered above shall be made payable and sent to the "Clerk, United States District Court, Eastern District of Louisiana, Financial Unit," 500 Poydras Street, New Orleans, LA 70130, and shall bear the name of Martha Buezo Martinez and criminal case number 19-113.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

cc.     Clerk of Court – Financial Unit