# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-113** |
| **MARTHA BUEZO MARTINEZ** | **SECTION "E"** |

## ORDER

Considering the COVID-19, Gen. Order No. 20-6, issued by this Court on April 24, 2020[1] and in the interest of the health and safety of all parties involved, including Court staff and the general public;

**IT IS ORDERED** that the sentencing in this matter is hereby **CONTINUED** from May 28, 2020, to **July 31, 2020** at **2:00 p.m.**

**New Orleans, Louisiana, this 28th day of April, 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] COVID-19, Gen. Order No. 20-6 (E.D. La. Apr. 24, 2020), *available at* http://www.laed.uscourts.gov/sites/default/files/pdfs/EDLA-GeneralOrder20-6ContinuingJuryTrialsuntilAug2020FINAL.pdf