UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
|---|---|
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SEC. "E" |

## UNOPPOSED MOTION  TO RELOCATE

Now into Court, through undersigned counsel, comes defendant Martha Buezo Martinez, who  respectfully moves this honorable Court for permission to relocate to Florida for the following reasons to wit:

I.

Defendant, Martha Buezo Martinez was originally scheduled to be sentenced on April 28, 2020.

II.

Due to the issues related to Covid-19, Ms. Martinez sentencing has been rescheduled to July 31, 2020.

III.

Ms. Martinez has been fully compliant with all the conditions of her pre-trial release.  She has been, as authorized, travelling to Florida for weeks at a time for employment.  The overwhelming majority of the work her company performs is on construction projects in Florida.

IV.

She has a place to rent in Florida where she can continue to work on the jobs her company is involved with.

V.

Ms. Martinez requests to move to 15835 SW 52nd Court, Miramor, Florida, 33027.  This will

allow her to work more and not be required to maintain rent payments in the New Orleans area.

VI.

Undersigned has spoken with her pre-trial services officer, Ms. Monique Fisher, who does not

oppose this request.  Also, undersigned has contacted Assistant United States Attorney Duane Evans,

who also has no objection to this motion.

VII.

Upon relocation, Ms. Martinez's supervision will be transferred to an officer in the

appropriate district in Florida.

WHEREFORE, for the reasons stated herein, defendant Martha Buezo Martinez, respectfully

requests that she have permission to relocate to Florida.

Respectfully submitted,

/s/ BRIAN J. CAPITELLI
BRIAN J. CAPITELLI, LA Bar # 27398
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for MARTHA B. MARTINEZ*

**CERTIFICATE OF SERVICE**

I hereby certify that on 22nd day of May, 2020, I electronically filed the foregoing  with
the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing  to
the following: Duane Evans, Assistant United States Attorney, 650 Poydras Street, New
Orleans, Louisiana 70130.

/S/BRIAN J. CAPITELLI
BRIAN J. CAPITELLI