UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SEC. "E" |

## **ORDER**

IT IS NOW ORDERED, that the defendant Martha Buezo Martinez, be granted permission to relocate to Florida.

ORDERED in New Orleans, Louisiana this _____ day of _____,2020.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE