UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL DOCKET

VERSUS                                       NO.  19-113

MARTHA BUEZO MARTINEZ                        SEC. "E"

## ORDER

**IT IS ORDERED** that the defendant, Martha Buezo Martinez, be granted permission to relocate to Florida.

**New Orleans, Louisiana, this 26th day of May, 2020.**

_____
**HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**