UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   19-113 |
| MARTHA BUEZO MARTINEZ | SEC. "E" |

### UNOPPOSED MOTION TO RESET SENTENCING DATE

Now into Court, through undersigned counsel, comes the defendant Martha Buezo Martinez, who respectfully requests a resetting of the presently scheduled sentencing date from July 31, 2020 at 2:00 p.m. for the following reasons to wit:

I.

Counsel for Ms. Martinez requests additional time to allow for Ms. Martinez to continue to make restitution payments prior to sentencing and requests that the sentencing in this matter be continued to allow for an in-person hearing.

II.

Assistant United States Attorney Duane Evans, who is handling this matter has been contacted and has no objection to this request.

WHEREFORE, for the above reasons, it is respectfully requested that the sentencing of Ms. Martinez presently set for July 31, 2020, be reset.

Respectfully submitted,

/s/ BRIAN J. CAPITELLI
BRIAN J. CAPITELLI, La Bar No. 23798
Capitelli & Wicker
1100 Poydras St., Suite 2950
New Orleans, La 70163
Phone: (504) 582-2425
Fax: (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Martha Buezo Martinez*

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of July, 2020. I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney and United States Probation Officer.

/S/BRIAN J. CAPITELLI
BRIAN J.   CAPITELLI