UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   19-113 |
| MARTHA BUEZO MARTINEZ | SECTION "E" |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing currently set for Friday, July 31, 2020, is **RESET** for **Tuesday, October 6, 2020, at 2:00 p.m.**

**New Orleans, Louisiana, this 10th day of July, 2020.**

_____
**HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**