UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION "E" |

**ORDER**

**IT IS ORDERED** that the sentencing in this matter which is currently set for October 6, 2020, at 2:00 p.m. is hereby **RESET** for **January 7, 2021, at 2:00 p.m.**

**New Orleans, Louisiana, this 28th day of September, 2020.**

_____
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**