UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION "E" |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing date in this matter is **CONTINUED** to **April 6, 2021 at 2:00 p.m.**

New Orleans, Louisiana, this 23rd day of December, 2020.

_____
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**