UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   19-113 |
| MARTHA BUEZO MARTINEZ | SEC. "E" |

## **ORDER**

It is hereby adjudged and ordered that the sentencing date in this matter is reset for _____ day of _____ 2021 at 2:00 p.m.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2021.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE