UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO.   19-113 |
| MARTHA BUEZO MARTINEZ | SEC. "E" |

## ORDER

**IT IS ORDERED** that the sentencing date in this matter is **RESET** for **July 13, 2021 at 2:00 p.m.**

New Orleans, Louisiana, this 24th day of March, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**