UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-113 |
| v. | * | SECTION: "E" (5) |
| MARTHA BUEZO MARTINEZ | * | |

\* \* \*

**GOVERNMENT'S MOTION AND INCORPORATED
MEMORANDUM ACKNOWLEDGING DEFENDANT'S,
MARTHA BUEZO MARTINEZ, ACCEPTANCE OF RESPONSIBILITY**

**NOW INTO COURT** comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and with respect moves this Court as to the following:

1.

Pursuant to United States Sentencing Guidelines Manual § 3E1.1(b), a defendant may receive the benefit of an additional 1-level decrease for acceptance of responsibility if: (1) he first qualifies for an initial 2-level decrease under § 3E1.1(a); and (2) the Government states to the Court that a timely guilty plea obviated the need to prepare for trial, thus efficiently allocating the resources of the Court and the Government.[1]

2.

Accordingly, the United States moves that defendant, **MARTHA BUEZO MARTINEZ**, be accorded the benefit of U.S.S.G. § 3E1.1(b), because she provided timely notice of her intention to plead guilty, thus permitting the Government to avoid preparing for trial and allowing both the Government and this Court to allocate their resources efficiently. Defendant's

---

[1] Additionally, the section imposes the criterion that the offense level prior to the application of subsection (a) must be 16 or greater; Martinez's base offense level meets this requirement.

decrease should be the three (3) points currently reflected in his Pre-sentence Investigation Report.

        Respectfully submitted,

        DUANE A. EVANS
        UNITED STATES ATTORNEY

        *s/ Duane A. Evans*
        DUANE A. EVANS
        United States Attorney
        La. Bar Roll No. 24086
        650 Poydras Street, Suite 1600
        New Orleans, Louisiana 70130
        Phone: (504) 680-3069
        E-Mail: duane.evans@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

        *s/ Duane A. Evans*
        DUANE A. EVANS
        United States Attorney