UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-113** |
| **v.** | * | **SECTION: "E" (5)** |
| **MARTHA BUEZO MARTINEZ** | * | |

\* \* \*

### O R D E R

Considering the foregoing Motion and Incorporated Memorandum Acknowledging defendant, **MARTHA BUEZO MARTINEZ's**, Acceptance of Responsibility by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for defendant, **MARTHA BUEZO MARTINEZ**, acceptance of responsibility should be three (3) points.

New Orleans, Louisiana, this _____ day of July, 2021.

_____
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**