UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-113 |
| v. | * | SECTION: "E" (5) |
| MARTHA BUEZO MARTINEZ | * | |

\* \* \*

**O R D E R**

Considering the foregoing Motion and Incorporated Memorandum Acknowledging defendant, **MARTHA BUEZO MARTINEZ's**, Acceptance of Responsibility by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for defendant, **MARTHA BUEZO MARTINEZ**, acceptance of responsibility should be three (3) points.

New Orleans, Louisiana, this ___9th___ day of July, 2021.

_____
**HONORABLE SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**