MINUTE ENTRY
MORGAN, J.
JULY 13, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 19-113 |
| MARTHA BUEZO MARTINEZ | SECTION "E" |

JUDGE SUSIE MORGAN, PRESIDING

**TUESDAY, JULY 13, 2021 (2:06 p.m. – 2:30 p.m.)**

| | |
|---|---|
| COURTROOM DEPUTY: | Brad Newell/Ariana Newman |
| COURT REPORTER: | Nichelle Wheeler |
| APPEARANCES: | Duane Evans for the Government |
| | Brian J. Capitelli for the Defendant |

**SENTENCING**

The defendant was present with her counsel and placed under oath.

There being no objections to the Pre-Sentence Report, the Court adopted the factual statements contained in the report and addendums as its findings of fact.

The Court **DENIED** the Defendant's Motion to Seal Defendant's Motion for Downward Variance (R. Doc. 61).

Counsel addressed the Court regarding the Defendant's Motion for Downward Variance. The Government submitted its response to the Defendant's Motion for Downward Variance, and it was admitted into the record. The Court **GRANTED** the Defendant's Motion for Downward Variance.

The defendant and defense counsel addressed the court in mitigation of punishment.

The defendant was sentenced on Count Two of the Bill of Information. Written judgment will be entered.

The Court advised the defendant of her right to appeal her conviction and sentence.

The defendant was released and ordered to contact the United States Probation Office.

JS-10: 00:24