UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.   19-cr-00113 |
| VERSUS | JUDGE SUSIE MORGAN |
| MARTHA BUEZO MARTINEZ | MAG. JUDGE MICHAEL NORTH |

# UNDER SEAL

### MOTION FOR DOWNWARD DEPARTURE AND VARIANCE

NOW INTO COURT, through undersigned counsel, comes defendant, MARTHA BUEZO MARTINEZ, who moves this Court for a downward departure and/or variance from the sentencing range described in ¶ 60 of the Presentence Investigative Report ("PSR"). The PSR provides a basis and reasons for a variance and the totality of Ms. Martinez's circumstances favor a reduced sentence, through a motion for variance under 18 U.S.C. 3553(a). The PSR, ¶¶ 72 – 74, suggests, without recommendation, that variance factors under 18 U.S.C. 3553(a), include that Ms. Martinez is 50 (now 51) and the instant offense is her only conviction. Considering the seriousness and nature of the offense, under 18 U.S.C. 3553(a), the probation report notes that "[t]he instant offense did not involve a danger to the public or risk to public safety." *See* PSR ¶ 74. Lastly, the PSR notes that Ms. Martinez has a stable work history and could begin paying restitution immediately, which she has already begun doing. Ms. Martinez has already paid $35,000.00 in restitution and these payments were made during the economic downturn caused by the COVID-19 pandemic. Additionally, as set forth in the attached Memorandum in Support, downward variances have been granted in similar situations in this District.

1

WHEREFORE, for the reasons stated herein and in the Memorandum in Support, defendant MARTHA BUEZO MARTINEZ, respectfully requests that a downward variance be GRANTED and that she is sentenced to a period probation, or at least home confinement, in lieu of incarceration.

Respectfully submitted,

*/s/ Brian J. Capitelli*
BRIAN J. CAPITELLI (La. 27398)
Capitelli & Wicker
1100 Poydras Street, Suite 2950
New Orleans, LA 70163
Phone: (504) 582-2425
Fax:    (504) 582-2422
brian@capitelliandwicker.com
*Counsel for Martha B. Martinez*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July 2021, I electronically filed the foregoing with the Clerk of Court and provided a copy to counsel for the Government, AUSA Duane Evans.

*/s/  Brian J. Capitelli*
BRIAN J. CAPITELLI