**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 19-cr-00113 |
| VERSUS | JUDGE SUSIE MORGAN |
| MARTHA BUEZO MARTINEZ | MAG. JUDGE MICHAEL NORTH |

### ORDER

CONSIDERING THE FOREGOING Motion and Memorandum in Support:

IT IS HEREBY ORDERED that Defendant, MARTHA BUEZO MARTINEZ'S Motion for Downward Departure and Variance in the above captioned matter be GRANTED.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2021.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT COURT