07/09/2021 11:33 AM

# U.S. Courts
## Case Inquiry Report
Case Number: DLAE219CR000113; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

| Case Number | | Case Title | | |
|---|---|---|---|---|
| DLAE219CR000113 | | USA VS MARTHA BUEZO MARTINEZ | | |

**Summary Party Information:**

| Party# | Party Code | Party Name | | |
|---|---|---|---|---|
| 001 | | MARTHA BUEZO MARTINEZ | | |

| Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| | FEDERAL RESTITUTION | | 272,096.00 | 35,000.00 | 237,096.00 |
| | | | 272,096.00 | 35,000.00 | 237,096.00 |

**Summary Payee Information:**

| Payee Code | Payee Name | | | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|---|---|
| | IRS RACS | | | 272,096.00 | 0.00 | 272,096.00 |
| | | | | 272,096.00 | 0.00 | 272,096.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

Attachment "A"

07/09/2021 11:33 AM

# U.S. Courts
## Case Inquiry Report
Case Number: DLAE219CR000113; Party Number: N/A; Payee Code: N/A
Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y

**Detailed Party Information:**

| Party# | Party Code | Party Name |
|---|---|---|
| 001 | ▇▇▇▇▇ | MARTHA BUEZO MARTINEZ |

| Debt Type<br>FEDERAL RESTITUTION | Principal<br>6855XX | Interest<br>6855XX | Penalty<br>6855XX | Total |
|---|---|---|---|---|
| Fund | | | | N/A |
| Owed | 272,096.00 | 0.00 | N/A | 272,096.00 |
| Collected | 35,000.00 | 0.00 | N/A | 35,000.00 |
| Outstanding | 237,096.00 | 0.00 | N/A | 237,096.00 |
| Apportioned | 25,000.00 | 0.00 | N/A | 25,000.00 |
| Paid | 0.00 | 0.00 | N/A | 0.00 |
| Refunded | 0.00 | 0.00 | N/A | 0.00 |
| Available | 10,000.00 | 0.00 | N/A | 10,000.00 |

| Totals | Principal | Interest | Penalty | Total |
|---|---|---|---|---|
| Owed | 272,096.00 | 0.00 | 0.00 | 272,096.00 |
| Collected | 35,000.00 | 0.00 | 0.00 | 35,000.00 |
| Outstanding | 237,096.00 | 0.00 | 0.00 | 237,096.00 |
| Apportioned | 25,000.00 | 0.00 | 0.00 | 25,000.00 |
| Paid | 0.00 | 0.00 | 0.00 | 0.00 |
| Refunded | 0.00 | 0.00 | 0.00 | 0.00 |
| Available | 10,000.00 | 0.00 | 0.00 | 10,000.00 |

07/09/2021 11:33 AM

**U.S. Courts**
**Case Inquiry Report**
**Case Number: DLAE219CR000113; Party Number: N/A; Payee Code: N/A**
**Show Party Details: Y; Show Payee Details: Y; Show Transactions: Y**

**Detailed Payee Information:**

| Payee Code | Payee Name | Payee Address |
|---|---|---|
| ▓▓▓ | IRS RACS | DEPARTMENT OF TREASURY - IRS<br>ATTN: MS 6261 RESTITUTION<br>333 W PERSHING ROAD<br>KANSAS CITY, MO 64108 |

| | Principal | Interest | Total |
|---|---|---|---|
| Owed | 272,096.00 | N/A | 272,096.00 |
| Paid | 0.00 | 0.00 | 0.00 |
| Refunded | 0.00 | 0.00 | 0.00 |
| Outstanding | 272,096.00 | N/A | 272,096.00 |
| Apportioned | 25,000.00 | 0.00 | 25,000.00 |

**Transaction Information:**

| Document Type/Number* | Document Date | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Check Number | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ 1 | 21-FEB-20 | 24-FEB-20 | FEDERAL RESTITUTION | PR | | 10,000.00 | | MARTHA BUEZO MARTINEZ | | O | 06 | ▓▓ |
| ▓▓▓ 1 | 26-FEB-21 | 26-FEB-21 | FEDERAL RESTITUTION | PR | | 10,000.00 | | MARTHA BUEZO MARTINEZ | | O | 06 | ▓▓ |
| ▓▓▓ 1 | 29-MAR-21 | 30-MAR-21 | FEDERAL RESTITUTION | PR | | 5,000.00 | | MARTHA BUEZO MARTINEZ | | O | 06 | ▓▓ |
| ▓▓▓ 1 | 20-MAY-21 | 21-MAY-21 | FEDERAL RESTITUTION | PR | | 5,000.00 | | MARTHA BUEZO MARTINEZ | | O | 06 | ▓▓ |
| ▓▓▓ 1 | 01-JUL-21 | 02-JUL-21 | FEDERAL RESTITUTION | PR | | 5,000.00 | | MARTHA BUEZO MARTINEZ | | O | 06 | ▓▓ |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CCR | Cash Receipt - Courts CCA Conversion |
| CTC | Cash Receipt - Courts CCA Automated |